Vincent R. GORSKI, Jr. as administrator of the Estate of Hilary Gorski, deceased, on behalf of said decedent's heirs-at-law and next-of-kin, and in his own right and as the Parent and Natural Guardian of Brianna Gorski, a Minor, Petitioner

v.

Anne E. COLTON, M.D. and Curt D. Miller, M.D., Respondents

No. 82 MAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**